IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFF SILER,<br>Plaintiff | :<br>:<br>: |
| vs. | :   5:04-cv-399 (DF)<br>: |
| HANCOCK COUNTY BOARD<br>OF EDUCATION, et al.,<br>Defendants | :<br>:<br>: |

## O R D E R

For the reasons discussed in the hearing held March 16, 2006, the time for discovery shall be continued and this case is hereby extended for two weeks.

**SO ORDERED**, this 16th day of March, 2006.

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE