IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JEFF J. SILER** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 5:04-cv-399 (CAR) |
| **HANCOCK COUNTY SCHOOL DISTRICT, et al.,** | : |
| **Defendants.** | : |

# J U D G M E N T

The Court by Order dated and filed March 27, having granted Defendants' Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendants and against Plaintiff. Defendants are entitled to recover their costs of this action.

This 27th day of August, 2007.

                                                  **GREGORY J. LEONARD, CLERK**

                                                  **s/ Denise Partee, Deputy Clerk**